```
Thomas M. Finrow, SB# 98976
ATTORNEY AT LAW
9131 Fletcher Parkway, Suite 125
La Mesa, CA. 91942
Telephone: (619) 469-4181
```

FILED 2005 SEP 13 P 2:31
CLERK, US DIST. COURT
EASTERN DIST. OF CALIF

LODGED
SEP - 9 2005
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

Attorney for: JSA Engineering, Inc.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of JSA ENGINEERING, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> FEDERAL INSURANCE COMPANY, a corporation, aka THE CHUBB GROUP OF COMPANIES, RQ CONSTRUCTION, INC. DOES 1-10, Inclusive, <br><br> Defendants, | CASE NO. CIV F-99-6731 AWI DLB <br><br> STIPULATION FOR DISMISSAL AND ORDER THEREON |

xxx

xxx

xxx

xxx

xxx

xxx

xxx

xxx

xxx

xxx

1

|   |   |
|---|---|
| 1 | THE UNDERSIGNED PARTIES, by and through their respective counsel of record, stipulate to the dismissal, with prejudice, of the captioned action between Use Plaintiff JSA Engineering, Inc. and Defendant's FEDERAL INSURANCE COMPANY, a corporation, aka THE CHUBB GROUP OF COMPANIES, RQ CONSTRUCTION, INC. Each party to bear its own attorneys fees and costs. |

Dated: August 25, 2005

THOMAS M. FINROW, ESQ.
Attorney for Plaintiff,
JSA ENGINEERING, INC.

MUSICK, PEELER & GARRETT, LLP
Attorneys at Law

Dated: Sept 2, 2005

By: Gerard Smolan, Jr, Esq.
Attorney for Defendants Federal
Insurance Company, aka THE CHUBB
GROUP OF COMPANIES, RQ CONSTRUCTION
INC.

IT IS SO ORDERED.

Dated: 9-13-05

Judge of the United States
District Court

2